ALSD Local 91 (Rev. 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>PAYTON LACY<br><br>Defendant(s) | Case No. MJ 19-0088-B |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 3, 2019** in the county of **Baldwin** in the **Southern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Possession with Intent to Distribute Lysergic Acid Diethylamide, a controlled substance |

This criminal complaint is based on these facts:

See attached affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Daniel H. McKenzie, SA HSI
Printed name and title

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: May 2, 2019

_____
Judge's signature

City and state: Mobile, AL

Sonja F. Bivins, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel H. McKenzie, being duly sworn, depose and state the following:

1. I am a Special Agent (SA) for the Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) assigned to the Office of the Resident Agent in Charge in Mobile, Alabama. I have been a Special Agent since November of 2007. Prior to serving in this capacity, I served as an Immigration Enforcement Agent (IEA) for ICE for approximately one (1) year. Prior to serving in that capacity, I served as a Border Patrol Agent for approximately one and one-half years. I began my law enforcement career as a Reserve Police Officer at the Fairhope Police Department in Fairhope, Alabama in June of 2003. I hold a Master of Science Degree in criminal justice from the University of Alabama. As part of my daily duties as a HSI Special Agent, I investigate those who are involved in the distribution of narcotics, a violation of Title 21 United States Code Section 841(a)(1).

2. This affidavit is made in support of a criminal complaint for Payton LACY, who was born on April 26, 1994.

3. In January of 2019, a cooperating defendant, hereinafter referred to as the CD, informed your affiant about an individual in or near Tulsa, Oklahoma identified as Payton LACY who was involved in the distribution of lysergic acid diethylamide, more commonly referred to as LSD or acid, which is a controlled substance pursuant to Title 21 of the United States Code.

4. In April of 2019, at the direction of your affiant, the CD ordered 200 hits of LSD from LACY and explained that it was for an uncle in Alabama. LACY agreed to send this uncle 200 hits of LSD via the U.S. Postal Service in exchange for $1,000.00. He initially agreed to send the narcotic after receiving half of the funds, and agreed that the remaining balance could be sent after the friend received the LSD. He then agreed to receive the payment via a bank transfer. On or about April 3, 2019, LACY sent the CD his bank account information to which the funds should be wired for the LSD. Later that day, LACY informed the CD that he would be sending the LSD in a birthday card.

5. On April 3, 2019, the CD informed your affiant that LACY resides in or near Tulsa, Oklahoma. The CD also explained that LACY was approximately 23 to 25 years old. Agents queried the name "Payton Lacy" and Oklahoma through the Consolidated Lead and Evaluating Reporting (CLEAR) System and located a Payton LACY with a date of birth of April 26, 1994 residing in Bartlesville, Oklahoma. The query also provided a picture of LACY taken pursuant to an arrest. Agents then asked the CD to provide a picture of LACY. The CD did as requested. Your affiant compared the picture of LACY received from CLEAR with the ones sent by the CD and determined the person in the pictures being compared appeared to be one and the same individual.

6. On or about April 8, 2019, LACY informed the CD via a text message that he would be sending the LSD the following day. LACY also informed the CD that the money could be sent after the friend received the product. It should be noted that earlier in the conversation, the CD instructed LACY to address the birthday card to John Taylor and send it to a particular post office box in Orange Beach, Alabama. Although LACY believed this to be a post office box belonging to the CD's uncle, it was actually a government-controlled post office box. On April 9, 2019, LACY informed the CD that he had sent the birthday card.

7. On April 16, 2019 your affiant proceeded to the post office and took possession of a birthday-sized envelope that was addressed to John Taylor. There was not a return address listed on the envelope, but your affiant noted that it had been post stamped Tulsa, Oklahoma. Your affiant transported the envelope to the HSI Office to be opened.

8. At the HSI Office, your affiant and a Narcotic Agent with the Alabama Law Enforcement Agency (ALEA) opened the envelope. Upon opening the envelope, Agents discovered a birthday card within. Agents located several pieces of paper inside the birthday card.

9. Your affiant then conducted a field test of a small piece of the paper taken from one of the sheets inside the birthday card. The field test resulted in a positive indication for the presence of LSD.

10. Based on the foregoing information, your affiant asserts that probable cause exists that LACY, having sent a substance which preliminary results indicate to be lysergic acid diethylamide, a controlled substance, has violated Title 21 United States Code Section 841.

                                                          Daniel H. McKenzie
                                                                 Special Agent
                                          Homeland Security Investigations

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 2nd
DAY OF MAY 2019

Sonja F. Bivins
UNITED STATES MAGISTRATE JUDGE